## Effie C. Kuebler, Appellee, v. George J. Kuebler, Appellant.

### Gen. No. 22,695.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. HARRY C. MORAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1916. Affirmed. Opinion filed March 8, 1917. Rehearing denied March 28, 1917.

### Statement of the Case.

Suit by Effie C. Kuebler, complainant, against George J. Kuebler, defendant, for divorce, alimony and solicitor's fees. From an order entered after a decree for divorce, alimony and solicitor's fees from which the defendant had appealed as to that part thereof which related to alimony and solicitor's fees, awarding complainant one hundred dollars a month alimony pending such appeal and a certain amount for which the defendant was in arrears under said decree, and two hundred dollars to enable complainant to employ counsel, defendant appeals.

The decree as to alimony and solicitor's fees was entered by the court in accordance with an agreement between the parties as set forth in *Kuebler v. Kuebler, ante,* p. 256, and upon consideration of the defendant's affidavit in regard to his expenses and disbursements covering a period of seventy-nine months prior to the entry of said decree. The proceedings before the master showed that after the decree was entered the defendant was sued by his brother for what was claimed to be the joint debt of himself and complainant, and that he permitted himself to be defaulted, and actively assisted his brother in the trial of that suit against complainant, in which the jury found in her favor. The defendant, however, turned the real es-

tate in question over to his brother in satisfaction of the judgment thus obtained against him by default, and the master found the defendant had unnecessarily disposed of his interest in the property.

ALBERT H. FRY, for appellant.

CHARLES M. HAFT, for appellee.

MR. JUSTICE GOODWIN delivered the opinion of the court.

### Abstract of the Decision.

DIVORCE, § 101*—*when .evidence is sufficient to sustain order of court as to alimony and solicitor's fees*. The evidence in regard to the circumstances of the parties *held* to support the order of the court as to alimony and solicitor's fees, in a suit for divorce and for alimony and solicitor's fees.

---

### Effie C. Kuebler, Appellee, v. George J. Kuebler, Appellant.

#### Gen. No. 22,986.    (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. CHARLES M. THOMPSON, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1917. Affirmed. Opinion filed March 8, 1917. Rehearing denied March 28, 1917.

### Statement of the Case.

Suit by Effie C. Kuebler, complainant, against George J. Kuebler, defendant, for divorce, alimony and solicitor's fees. From an order committing the defendant for contempt for failing to comply with an

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.